ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                                  )
                                              )
Booz Allen Hamilton                           )        ASBCA No.  62570
                                              )
Under Contract No.  N00140-00-C-K018          )

APPEARANCES FOR THE APPELLANT:          Paul E. Pompeo, Esq.
                                         Thomas A. Pettit, Esq.
                                           Arnold & Porter Kay Scholer LLP
                                           Washington, DC

APPEARANCES FOR THE GOVERNMENT:          Arthur M. Taylor, Esq.
                                          DCMA Chief Trial Attorney
                                         Robert L. Duecaster, Esq.
                                          Trial Attorney
                                          Defense Contract Management Agency
                                          Chantilly, VA

OPINION AND ORDER OF DISMISSAL
BY ADMINISTRATIVE JUDGE THRASHER

The contracting officer's final decision from which the above-captioned appeal was taken has been withdrawn.  The parties mutually consent to the dismissal of the appeal with prejudice.  When a contracting officer unequivocally rescinds a government claim, the government's action moots the appeal, leaving the Board without jurisdiction to entertain the appeal further.  *Combat Support Associates*, ASBCA Nos. 58945, 58946, 16-1 BCA ¶ 36,288 at 176,973.  The appeal is dismissed as moot.

Date:  July 23, 2020

_____
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                   I concur

_____                  _____
RICHARD SHACKLEFORD                        J. REID PROUTY
Administrative Judge                       Administrative Judge
Vice Chairman                              Vice Chairman
Armed Services Board                       Armed Services Board
of Contract Appeals                        of Contract Appeals


      I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62570, Appeal of Booz Allen Hamilton, rendered in conformance with the Board's Charter.

      Date: July 23, 20202


_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals